McGREGOR W. SCOTT
United States Attorney
WILLIAM B. TAYLOR
Special Assistant United States Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
  UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>v.<br><br>LOUIS A. LOVALLO,<br><br>          Defendant. | Case No. 1:20-mj-00064-SAB<br><br>NOTICE OF HEARING CHANGE AND ORDER TO APPEAR<br><br>CVB DATE:          August 27, 2020<br>TIME:                   9:00 a.m.<br>COURTROOM:    9<br><br>The Honorable Stanley A. Boone |

   NOTICE IS HEREBY GIVEN that the CVB hearing date of August 20, 2020, has been moved to August 27, 2020.  Plaintiff, United States of America, by and through McGregor W. Scott, United States Attorney, and William B. Taylor, Special Assistant United States Attorney, hereby requests that Defendant, Louis A. Lovallo, be given notice and be ordered to appear at the new CVB hearing date of August 27, 2020, at 9:00 a.m., before the Honorable Magistrate Judge Stanley A. Boone.

DATED: April 2, 2020                                    Respectfully submitted,

                                                                       McGREGOR W. SCOTT
                                                                       United States Attorney

                                                    By:    /s/  William Taylor
                                                                       WILLIAM B. TAYLOR
                                                                       Special Assistant United States Attorney

1

**O R D E R**

IT IS HEREBY ORDERED that inasmuch as the CVB hearing date of August 20, 2020, has been moved to August 27, 2020, Defendant is hereby ordered to appear on August 27, 2020, at 9:00 a.m. before Magistrate Judge Stanley A. Boone.

IT IS SO ORDERED.

Dated: __**July 22, 2020**__

UNITED STATES MAGISTRATE JUDGE